DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARC D. ANDREWS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-727

[June 28, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 06-12727 CF10B and 06-13598 CF10A.

Marc D. Andrews, Live Oak, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Mark J. Hamel, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and LEVINE, JJ., concur.

\*             \*             \*

***Not final until disposition of timely filed motion for rehearing.***